

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00241-CV**

---

BLAKENERGY, LTD., A TEXAS                                    APPELLANT
LIMITED PARTNERSHIP

V.

ONCOR ELECTRIC DELIVERY                                      APPELLEE
COMPANY, LLC

----------

FROM THE 97TH DISTRICT COURT OF CLAY COUNTY
TRIAL COURT NO. 2012-0033C-CV

----------

## MEMORANDUM OPINION[1]

----------

Blakenergy, Ltd., a Texas Limited Partnership, has filed a petition for permissive appeal asking this court to review interlocutory orders of the trial court regarding Blakenergy's expert witness Steve D. Goolsby and the related denials of Blakenergy's motion for continuance and motion to reconsider. We have

---

[1]*See* Tex. R. App. P. 47.4.

considered the petition, response, and reply. Given the requirement that we construe section 51.014 strictly,[2] we decline to entertain this appeal, and we hereby dismiss it.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and GABRIEL, JJ.

DELIVERED: September 25, 2014

---

[2]*See Rogers v. Orr*, 408 S.W.3d 640, 642 (Tex. App.—Fort Worth 2013, pet. denied) ("We strictly construe a statute authorizing an interlocutory appeal because it is an exception to the general rule that only final judgments are appealable.").

[3]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d)–(f) (West Supp. 2014); Tex. R. App. P. 43.2(f).